**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Denison Farms, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1672506** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8911 Oxon Hill Road** <br> **Fort Washington, MD 20744** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Prince Georges** <br> County | **Location of principal assets, if different from principal place of business** <br> **3009 Accokeek Road Waldorf, MD 20601** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Denison Farms, LLC**                                    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

Debtor   **Denison Farms, LLC**                                    Case number (*if known*) _____

_____
Name

| List all cases. If more than 1, attach a separate list | Debtor District | **See Attachment** _____ When _____ | Relationship _____ Case number, if known _____ |

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

■  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **live nursery plants and inventory**

Where is the property?

**8911 Oxon Hill Road, Fort Washington, MD**
**3009 Accokeek Road, Waldorf, MD**
**35811 Providence Church Road, Delmar, DE**
**see attached for additional locations**

Number, Street, City, State & ZIP Code

Is the property insured?

■ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor     **Denison Farms, LLC**                                    Case number (*if known*) _____
           Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 6, 2025**
                MM / DD / YYYY

X **/s/ Robert E. Horsey, Co-Managing Member**                **Robert E. Horsey, Co-Managing Member**
  Signature of authorized representative of debtor              Printed name

  Title   **Horsey Denison Landscaping, LLC, sole member of the Debtor**

**18. Signature of attorney**

X **/s/ Paul Sweeney**                                 Date **May 6, 2025**
  Signature of attorney for debtor                          MM / DD / YYYY

**Paul Sweeney 07072**
Printed name

**YVS Law, LLC**
Firm name

**185 Admiral Cochrane Drive, Suite 130**
**Annapolis, MD 21401**
Number, Street, City, State & ZIP Code

Contact phone   **(443) 569-5972**      Email address   **psweeney@yvslaw.com**

**07072 MD**
Bar number and State

Debtor    **Denison Farms, LLC**
_____          Case number (*if known*) _____
Name

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND
_____

Case number (*if known*) _____    Chapter    **11**

☐ Check if this is an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
| --- | --- | --- | --- |
| Debtor | **Dension Landscaping, Inc.** | Relationship to you | **affiliate** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **Horsey Denison Landscaping, LLC** | Relationship to you | **affiliate** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **Horsey Denison Properties, LLC** | Relationship to you | **affiliate** |
| District | _____ When _____ | Case number, if known | _____ |

8911 Oxon Hill Rd., Prince George's Co., MD
8833 Oxon Hill Rd., MD
Oxon Hill Road, MD
Oxon Hill Road, MD
Oak Lane, MD
124 Pates Drive, MD
14913 Gardner Rd., MD
3539 Accokeek, MD
3539 Accokeek, MD
2701 Accokeek, MD
2707 Accokeek Rd., MD
Accokeek Road, MD
2807 Accokeek Rd., MD
2811 Accokeek Rd., MD
3009 Accokeek Rd., MD
15800 Sharperville, MD
15800 Sharperville, MD
1511 Accokeek Rd., MD
1711 Accokeek Rd., MD
1701 Accokeek Rd., MD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| DENISON FARMS, LLC | * | Case No: 25-_____ |
| | | (Chapter 11) |
| . Debtor | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Robert E. Horsey, declare under penalty of perjury that I am the co-managing member of Horsey Denison Landscaping LLC, the sole member of Denison Farms, LLC (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the member of the Company, at a special meeting duly called and held on the 6th day of May 2025.

Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Robert E. Horsey, co-managing member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Robert E. Horsey, co-managing member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Robert E. Horsey, co-managing member of the Company, is authorized and directed to employ Paul Sweeney and the law firm of YVS Law, LLC to represent the Company in such bankruptcy case.

DENISON FARMS, LLC

By:    HORSEY DENISON LANDSCAPING LLC,
its sole member

By:    _Robert E Horsey_____

Name:_____Robert E. Horsey_____

Title:_____Co-Managing Member_____

**Fill in this information to identify the case:**

Debtor name  **Denison Farms, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cintas Corporation No. 2 6800 Cintas Boulevard Mason, OH 45040** | | **trade debt** | **Disputed** | | | $341,544.17 |
| **Comptroller of Maryland Bankruptcy Unit 301 West Preston Street, Room 409 Baltimore, MD 21201-2396** | | **sales and use tax** | | | | $177,123.04 |
| **Robinson Nursery P.O. Box 100 Amity, OR 97101** | | **trade debt** | | | | $158,578.75 |
| **New Christie Ventures LLC c/o Pastanch LLC 31 Sheridan Drive Naugatuck, CT 06770-1000** | | **trade debt** | | | | $90,168.00 |
| **McHutchison P.O. Box 7229 Carol Stream, IL 60197-7229** | | **trade debt** | | | | $89,579.33 |
| **Dolinsky Brothers Nurseries 1294 Buck Mountain Road Weatherly, PA 18255** | | **trade debt** | | | | $86,865.00 |
| **NYP Corp. 1640 Vauxhall Road Unit #2C Union, NJ 07083** | | **trade debt** | | | | $83,728.50 |

| Debtor | **Denison Farms, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **North 40 Nursery, Inc.** **3950 Turner Mill Road** **Morganton, NC 28655** | | **trade debt** | | | | **$83,030.00** |
| **Dry Shave Mountain Nursery** **57 Dry Shave Road** **McMinnville, TN 37110** | | **trade debt** | | | | **$81,305.00** |
| **Warrior Fork Nursery, Inc.** **3890 Simpson Creek Road** **Morganton, NC 28655** | | **trade debt** | | | | **$70,058.75** |
| **Cherokee Manufacturing, LLC** **150 Bridgepoint Drive** **Suite 200** **South Saint Paul, MN 55075** | | **trade debt** | | | | **$64,954.97** |
| **Tidal Creek Growers** **65 Knight Island Road** **Earleville, MD 21919** | | **trade debt** | | | | **$61,401.75** |
| **Five Mile Farms LLC** **890 Dyer Circle** **Morrison, TN 37357** | | **trade debt** | | | | **$55,569.00** |
| **Tupper Tree Farm** **890 Dyer Circle** **Morrison, TN 37357-6015** | | **trade debt** | | | | **$50,179.00** |
| **Harrell`s** **P. O. Box 935358** **Atlanta, GA 31193-5358** | | **trade debt** | | | | **$43,631.00** |
| **Steve Myers & Son Nursery** **6931 Jacksboro Road** **McMinnville, TN 37110** | | **trade debt** | | | | **$42,720.00** |
| **Star Roses and Plants** **41700 Road 100** **Dinuba, CA 93618** | | **trade debt** | | | | **$41,653.21** |

Debtor   **Denison Farms, LLC**                                          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Scenic Hills Nursery P.O. Box 454 McMinnville, TN 37111** | | **trade debt** | | | | **$40,025.00** |
| **Bottoms Brothers Nursery 83 McGee Road McMinnville, TN 37110** | | **trade debt** | | | | **$37,520.00** |
| **Botanico, Inc. P. O. Box 922 McMinnville, TN 37111** | | **trade debt** | | | | **$33,800.00** |

## United States Bankruptcy Court
### District of Maryland

In re    **Denison Farms, LLC**                                    Case No. _____
                                          Debtor(s)        Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Horsey Denison Landscaping, LLC**<br>**8911 Oxon Hill Road**<br>**Fort Washington, MD 20744** | | | **100% ownership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Horsey Denison Landscaping, LLC, sole member of the Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 6, 2025** _____          Signature  **/s/ Robert E. Horsey, Co-Managing Member**
                                                      **Robert E. Horsey, Co-Managing Member**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re __**Denison Farms, LLC**_____ Case No. _____

Debtor(s)                              Chapter    **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Horsey Denison Landscaping, LLC, sole member of the Debtor of the corporation named as the debtor in this case, hereby

verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 6, 2025**_____          **/s/ Robert E. Horsey, Co-Managing Member**_____
                                                **Robert E. Horsey, Co-Managing Member**/**Horsey Denison**
                                                **Landscaping, LLC, sole member of the Debtor**
                                                Signer/Title

ABC Burglar Alarms
1532 Pointer Ridge Place
Suite A&B
Bowie, MD 20716


Admiral Tire Commercial
15204 B Marlboro Pike
Upper Marlboro, MD 20772


Aggregate Screens & Crushers LLC
7110 Commercial Avenue
Baltimore, MD 21237


Arborchem Products
941 Nixon Drive
Mechanicsburg, PA 17055


AvanteUSA
Attn: Andrew Charette, Collateral Div.
3600 South Gessner Road, Suite 225
Houston, TX 77063


Bayside Kubota & Equipment Company
3030 Crain Highway
Upper Marlboro, MD 20774


Bayside Kubota of Faulkner Inc.
P.O. Box 127
Faulkner, MD 20632


Benjamin J. Campbell, Esquire
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, MD 21201


BFG Supply Co.
P.O. Box 88120
Carol Stream, IL 60188-8120

Border Concepts, Inc.
P.O. Box 735239
Dallas, TX 75373


Botanico, Inc.
P. O. Box 922
McMinnville, TN 37111


Bottoms Brothers Nursery
83 McGee Road
McMinnville, TN 37110


Bouldin Nursery & Greenhouse
5679 Lucky Road
McMinnville, TN 37110


Brotzman's Nursery, Inc.
6899 Chapel Road
Madison, OH 44057


Burger Properties
7304 Connecticut Avenue
Chevy Chase, MD 20815


Calvert Wood Recycling
5900 Sheriff Road
Capitol Heights, MD 20743


Cherokee Manufacturing, LLC
150 Bridgepoint Drive
Suite 200
South Saint Paul, MN 55075


Cintas Corporation No. 2
6800 Cintas Boulevard
Mason, OH 45040

Comptroller of Maryland
Bankruptcy Unit
301 West Preston Street, Room 409
Baltimore, MD 21201-2396


Criswell Chevrolet
503 Quince Orchard Road
Gaithersburg, MD 20878


David V. Fontana, Esquire
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


Dayton Bag & Burlap Co.
P.O. Box 78000
Dept. 781759
Detroit, MI 48278-1759


Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA 50131


Delcoline Inc.
3490 Rockefeller Court
Suite D6
Waldorf, MD 20602


Denison Landscaping & Nursery, LLC
8911 Oxon Hill Road
Fort Washington, MD 20744


Denison Landscaping, Inc.
8911 Oxon Hill Road
Fort Washington, MD 20744


Dolinsky Brothers Nurseries
1294 Buck Mountain Road
Weatherly, PA 18255

Donna Denison
9530 Covenant Court
Owings, MD 20736


Dry Shave Mountain Nursery
57 Dry Shave Road
McMinnville, TN 37110


False Alarm Reduction Unit
Prince George's County
P.O. Box 715888
Philadelphia, PA 19171-5888


Fieldworks Nursery Equipment
5191 Dawes Road
Grand Bay, AL 36541


First National Bank of Pennsylvania
Attn: Legal Department
3015 Glimcher Boulevard
Hermitage, PA 16148


Fitzgerald Nursery Inc.
3890 Simpson Creek Avenue
Morganton, NC 28655


Five Mile Farms LLC
890 Dyer Circle
Morrison, TN 37357


Fleet Pride
P.O. Box 847118
Dallas, TX 75284-7118


Gainous' Shade Trees Inc.
164 Nursery Lane
Cairo, GA 39827

Gambrills Equipment Co., Inc.
8001 Quarterfield Road
Severn, MD 21144


Garvan F. McDaniel, Esquire
Hogan | McDaniel
1311 Delaware Avenue
Wilmington, DE 19806


Grant County Mulch, Inc.
181 Mulch Drive
Petersburg, WV 26847


Growmark FS, LLC
308 NE Front Street
Milford, DE 19963


GT Mid Atlantic
P.O. Box 69373
Baltimore, MD 21264


Hackney Nursery Company
P. O. Box 160
Greensboro, FL 32330


Hale Trailer Brake & Wheel
P.O. Box 1400
Voorhees, NJ 08043


Harrell`s
P. O. Box 935358
Atlanta, GA 31193-5358


Horsey Denison Landscaping, LLC
8911 Oxon Hill Road
Fort Washington, MD 20744

Horsey Trucking  LLC
28107 Beaver Dam Branch Road
Laurel, DE 19956


Horsey Turf Farms, LLC
28107 Beaver Dam Branch Road
Laurel, DE 19956


Hutchinson Publishing Corp.
102 East Lee Road
Taylors, SC 29687


J&D Nursery
7527 McMinnville Highway
Smithville, TN 37166


JDS Associates, Inc.
7821 Lake Shore Drive
Owings, MD 20736


Jeff Hill Nursery
10262 Beersheba Highway
McMinnville, TN 37110


Jesco Inc.
1260 Centennial Avenue
Piscataway, NJ 08854


John Carcieri & Associates LLC
220 E Falmouth Highway
East Falmouth, MA 02536


Johnson Truck Center
P.O. Box 7788
ID #910031
Portsmouth, VA 23707

JRT LLC
3950 Turner Mill Road
Morganton, NC 28655


Keith M. Lusby, Esquire
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


Knott's Creek Nursery, Inc.
6120 Knott's Neck Road
Suffolk, VA 23435


Korken & Associates Logistics
4404 Woodgate Way
Bowie, MD 20720


Kubota Credit Corporation, U.S.A.
1000 Kubota Drive
Grapevine, TX 76051


Landscape Hub Inc.
Dept Ch 17458
Palatine, IL 60055-7458


Lee Newspapers, Inc.
P.O. Box 121
6113 State Highway 5
Palatine Bridge, NY 13428


LinkBank
2010 Fruitville Pike
Lancaster, PA 17601


McHutchison
P.O. Box 7229
Carol Stream, IL 60197-7229

Meshoppen Stone, Inc.
P.O. Box 127
Meshoppen, PA 18630


Mid Atlantic Outdoor Equipment
436 W Central Avenue
Suite D
Davidsonville, MD 21035


Mid-South Nursery
718 Randall Hitchcock Road
Rock Island, TN 38581


Netherland Bulb Co.
2720 Industrial Way
Vineland, NJ 08360


New Christie Ventures LLC
c/o Pastanch LLC
31 Sheridan Drive
Naugatuck, CT 06770-1000


North 40 Nursery, Inc.
3950 Turner Mill Road
Morganton, NC 28655


NYP Corp.
1640 Vauxhall Road
Unit #2C
Union, NJ 07083


Online Freight Services Inc.
2275 Waters Drive
Mendota Heights, MN 55120


Outdoor Living Supply LLC
P.O. Box 22839
New York, NY 10087-2839

P&H Auto Electric, Inc.
7990-92 E. Baltimore Street
Baltimore, MD 21224-0589


Pacific Organics, Inc.
P.O. Box 60
Henderson, NC 27536


Paul A. Fenn, Esquire
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, MD 21201


Pennsylvania Department of Revenue
Department 280415
Harrisburg, PA 17128-0415


Plantant
22650 SW 179th Place
Miami, FL 33170


Poplar Ridge Nursery
4200 Menokin Road
Warsaw, VA 22572


Portable Restroom Solutions, LLC
1019 Gladway Road
Middle River, MD 21220


Powell`s Nursery
7036 Rouse Road
Holly Springs, NC 27540


Prince George's County Maryland
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 1100
Largo, MD 20774

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


R.A. Dudley Nurseries, Inc.
P. O. Box 429
2417 Washington Road NW
Thomson, GA 30824


Red Oak Landscaping
P.O. Box 213
Fairfax Station, VA 22039


Robert E. Horsey
8911 Oxon Hill Road
Fort Washington, MD 20744


Robinson Nursery
P.O. Box 100
Amity, OR 97101


Rusty Mangrum Nursery
3075 W Greenhill Road
McMinnville, TN 37110


Sampson Nursery, Inc.
350 Alvin Road
Godwin, NC 28344


Scenic Hills Nursery
P.O. Box 454
McMinnville, TN 37111


Shady Rest Nursery
8917 Smithville Highway
McMinnville, TN 37110

SMECO
P.O. Box 62261
Baltimore, MD 21264-2261


Southern Maryland Hydraulics
18-G Irongate Drive
Waldorf, MD 20602


Star Roses and Plants
41700 Road 100
Dinuba, CA 93618


Steve Myers & Son Nursery
6931 Jacksboro Road
McMinnville, TN 37110


Stover Manufacturing, LLC
919 Alexander Avenue
Port Orange, FL 32129


Synatek
737 Hagey Center Drive
Unit A
Souderton, PA 18964


The Bank of Delmarva
2245 Northwood Drive
Salisbury, MD 21801


The Quikrete Companies
c/o Hardscapes & Masonry Group
P.O. Box 930134
Atlanta, GA 31193-0134


Tidal Creek Growers
65 Knight Island Road
Earleville, MD 21919

Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263-4558


Tupper Tree Farm
890 Dyer Circle
Morrison, TN 37357-6015


Van Der Giessen Nursery
P.O. Box 230
Semmes, AL 36575


Veolia Water
5800 Quarantine Road
Baltimore, MD 21226


Virginia Dept of Taxation
P. O. Box 2156
Richmond, VA 23218


Waldorf Dodge/Ram
2294 Crain Highway
Waldorf, MD 20601


Warrior Fork Nursery, Inc.
3890 Simpson Creek Road
Morganton, NC 28655


Wescoat Nurseries, Inc.
P.O. Box 1297
Eastville, VA 23347


Worthington Farms, Inc.
3661 Ballards Crossroads
Greenville, NC 27834

# United States Bankruptcy Court
## District of Maryland

In re   **Denison Farms, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Denison Farms, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Horsey Denison Landscaping, LLC**
**8911 Oxon Hill Road**
**Fort Washington, MD 20744**

☐ None [*Check if applicable*]

**May 6, 2025**

Date

**/s/ Paul Sweeney**

**Paul Sweeney 07072**

Signature of Attorney or Litigant

Counsel for   **Denison Farms, LLC**

**YVS Law, LLC**

**185 Admiral Cochrane Drive, Suite 130**
**Annapolis, MD 21401**
**(443) 569-5972 Fax:(410) 571-2798**
**psweeney@yvslaw.com**